UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GREEN BEGINNINGS, LLC,

    Plaintiff,

v.            Case No. 20-CV-1661

WEST BEND MUTUAL INSURANCE COMPANY,

    Defendant.

# ORDER

The present action was reassigned to this court following all parties consenting to the full jurisdiction of a magistrate judge. (ECF No. 23.)

Two other related actions are pending in this district: *Paradigm Care & Enrichment Center LLC et al v. West Bend Mutual Insurance Company*, 20-cv-00720-JPS; and *Little Ones Preschool Inc v. West Bend Mutual Insurance Company*, 20-cv-01428-JPS. Motions to consolidate these related actions are currently pending before the Honorable J.P. Stadtmueller. (Case No. 20-cv-720, ECF No. 36; Case No. 20-cv-1428, ECF No. 16; Case No. 20-cv-1661, ECF No. 8.)

Also pending in this action are a motion to dismiss (ECF No. 13) and a motion to strike class allegations (ECF No. 15). These motions remain pending and briefing should

continue in accordance with Civil Local Rule 7. However, in light of the pending motion to consolidate, the court will not be taking any action on this case until the motion to consolidate is resolved by Judge Stadtmueller.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 5th day of January, 2021.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge