# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**GREEN BEGINNINGS, LLC.,**

        **Plaintiff,**

    v.                                             Case No. 20-CV-1661

**WEST BEND INSURANCE COMPANY,**

        **Defendant.**

☒    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that West Bend Insurance Company's motion to dismiss (ECF No. 13) is **granted** and this action is **dismissed**.

Date: June 4, 2021

                                            Gina M. Colletti, Clerk of Court
                                            EASTERN DISTRICT OF WISCONSIN
                                            (By) Deputy Clerk, s/Mary Murawski
                                            Approved this 4th day of June, 2021.

                                            _____
                                            WILLIAM E. DUFFIN
                                            United States Magistrate Judge